IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff/Respondent,

v.                                                          Civ. No. 06-1113 RB/RLP
                                                               Cr.  No. 05-962 RB

LUIS RAUL ESPINOZA-TORRES, SR.,

    Defendant/Movant.

## ORDER

THIS MATTER comes before the Court on the Magistrate Judge's Report and Recommendation.  Neither party having filed objections thereto, the Court finds that the Magistrate Judge's Report and Recommendation shall be adopted by the Court and this case dismissed with prejudice.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation is adopted by the Court and this case is dismissed with prejudice.

IT IS SO ORDERED.

*Robert Brack*

Robert Brack
United States District Judge